SCANNED

## Superseding Indictment Synopsis

| | |
|---|---|
| **Name:** | Tyler Poland |
| **Address:** (City & State Only) | Greene, ME |
| **Year of Birth and Age:** | 1986 / 32 years old |
| **Violations:** | **Count 1:** Conspiracy to manufacture, distribute, and possess with intent to distribute 100 more marijuana plants and 100 kilograms or more of marijuana, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).<br><br>**Count 15:** Manufacturing 100 more marijuana plants, in violation of Title 21, United States Code, Section 841(a)(1).<br><br>**Count 16:** Possession with intent to distribute MDMA, in violation of Title 21, United States Code, Section 841(a)(1).<br><br>**Count 17:** Possession with intent to distribute alprazolam, in violation of Title 21, United States Code, Section 841(a)(1).<br><br>**Count 18:** Possession with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1).<br><br>**Count 35:** Money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).<br><br>**Count 36:** Removal of property to prevent seizure, in violation of Title 18, United States Code, Section 2232(a).<br><br>**Counts 40-41:** Illegal monetary transactions, in violation of Title 18, United States Code, Section 1957. |
| **Penalties:** | **Counts 1, 15**: Imprisonment of not less than five years and not more than forty years, or a fine not to exceed five million dollars ($5,000,000), or both. (21 U.S.C. § 841(b)(1)(B) and 18 U.S.C. § 3571(b)(1)) |

DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
OCT -5 P 4:08
DEPUTY CLERK

|  |  |
|---|---|
|  | These are Class B felonies pursuant to 18 U.S.C. § 3559(a)(2).<br><br>**Counts 16, 18**: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>These are Class C felonies pursuant to 18 U.S.C. § 3559(a)(3).<br><br>**Count 17**: Imprisonment of not more than five years (21 U.S.C. § 841(b)(2)), or a fine not to exceed $250,000 (21 U.S.C. § 841(b)(1)(D) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>**Count 35**: Imprisonment of not more than 20 years or a fine not to exceed $500,000 or both (18 U.S.C. §§ 1956; 3571(b)(1)).<br><br>This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>**Count 36**: Imprisonment of not more than five years or a fine not to exceed $250,000 (18 U.S.C. § 2232(a) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>**Counts 40-41**: Imprisonment of not more than 10 years or a fine not to exceed $250,000 or both (18 U.S.C. §§ 1957(b)(1); 3571(b)(1)).<br><br>These are Class C felonies pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | **Counts 1, 15**: Not less than four years and not more than life. 21 U.S.C. § 841(b)(1)(B).<br><br>**Count 16:** Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C). |

|  | **Count 17**: Not less than one year and not more than life. 21 U.S.C. § 841(b)(2). |
|---|---|
|  | **Count 18:** Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C). |
|  | **Counts 35-36; 40-41**: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1, 15**: Not more than three years. 18 U.S.C. § 3583(e)(3). |
|  | **Counts 16-18; 35-36, 40-41:** Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1, 15-18:** Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
|  | **Counts 35-36; 40-41**: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Thomas Hallett, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | DEA/Kelly |
| **Detention Status:** | Released on bail |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |