UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

2018 OCT 24 P 3: 43

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD DANIELS<br>a/k/a "Stitch"<br>JOHN VALDES<br>STEVEN GALLUCCI<br>TIMMY BELLMORE<br>BRIAN BILODEAU<br>TYLER POLAND<br>TIMOTHY VEILLEUX<br>MARK KILPATRICK<br>BRANDON KNUTSON<br>CALEB LABERGE<br>TY PROPERTIES, LLC<br>1830 LISBON STREET, LLC<br>COMVEST, INC<br>MR, LLC<br>WILLIE MOE ENTERTAINMENT, INC.<br>TMB AUTO, LLC<br>YEHUDI PARDO<br>CHARLES CALIRI<br>BRIAN BILODEAU, LLC<br>DANIEL L. POLAND III<br>DLP BUILDERS, LLC<br>SHAWNA BIELAWSKI | Docket No. 2:18-cr-63-GZS |

## LIS PENDENS

NOTICE is hereby given of the pendency of a criminal action against the defendants listed above as evidenced by an Indictment filed with the Clerk of the United States District Court in and for the District of Maine on or about October 5, 2018. Forfeiture Allegation # 1 of said Indictment contains criminal forfeiture provisions pursuant to Title 21, United States Code,

Section 853, as more specifically described in said Indictment, and includes the following properties:

| Asset ID | Address | City | Current Owner of Record | Map/Lot or Parcel ID | Deed Book/Page |
|---|---|---|---|---|---|
| 18-DEA-641489 | 1830 Lisbon St | Lewiston | 1830 Lisbon St., LLC | 069/000/012 | 9579/185 |
| 18-DEA-641490 | 249 Merrow Rd | Auburn | Ty Properties, LLC | 186-012 | 9733/341 |
| 19-DEA-646214 | 4 Marigold Way | Lewiston | Kyle Landry | 149/000/216 | 9276/321 |
| 19-DEA-646215 | 29 Avon Street | Lewiston | Willie Moe Entertainment, Inc. | 206/000/29 | 9356/64 |

In addition, Forfeiture Allegation #2 of the indictment contains criminal forfeiture provisions pursuant to Title 18, United States Code, Section 982, as more specifically described in said Indictment, and includes the real property at 249 Merrow Road, Auburn, Maine, as listed above.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the District of Maine, at Portland, Maine.

Dated at Portland, Maine, this 24th day of October, 2018.

HALSEY B. FRANK
United States Attorney

Donald E. Clark
Assistant United States Attorney

## CERTIFICATION

I hereby certify that an Indictment was filed in the above-captioned matter in the United States District Court for the District of Maine on October 5, 2018.

Dated: 10/24/2018

CHRISTA BERRY, CLERK

By: _____
DEPUTY CLERK

(AFFIX SEAL)